UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TOBY LIND,

                       **Plaintiff,**

v.                                                   5:17-CV-0717 (BKS/ATB)

**SOUTHERN GLAZER'S WINE &**
**SPIRITS,** *et al.***,**

                       **Defendants.**
_____

Appearances:

Toby Lind
North Syracuse, New York
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Plaintiff Toby Lind commenced this action pro se asserting claims for employment discrimination under the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. (Dkt. No. 1). This matter was assigned to United States Magistrate Andrew T. Baxter who, on April 12, 2018, issued a Report-Recommendation recommending that Plaintiff's complaint be dismissed without prejudice for failure to serve his original complaint or to file and serve an amended complaint. (Dkt. No. 16). Magistrate Judge Baxter advised Plaintiff that under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 16, at 5). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 16) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to serve the original complaint or to file and serve an amended complaint; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: May 21, 2018
Syracuse, New York

Brenda K. Sannes
U.S. District Judge